21341.  GEORGIA CREOSOTING COMPANY *v.* KEENE.

BROYLES, C. J.  Upon conflicting evidence, which would have authorized a finding for either party, the jury returned a verdict in favor of the plaintiff for the full amount sued for; and that finding having been approved by the trial judge, and no error of law being complained of, this court is without authority to interfere.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 9, 1931.

*R. D. Meader,* for plaintiff in error.
*Joseph B. Hand, Conyers & Gowen,* contra.